HAROLD W. THOMAS, Respondent, *v.* FRED COLBATH, Appellant.

*Thomas* v. *Colbath,* 175 App. Div. 961, affirmed.

(Argued January 31, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was in ejectment to recover possession of certain lands under water in the village of Saranac Lake, to compel the removal of certain docks and boathouses, to restrain defendant from a continuing trespass and for damages.

*Robert F. Isham* for appellant.

*John M. Cantwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.